IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY WATSON,

    Plaintiff,                             No. CIV S-10-0123 MCE KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

_____/

LaMERLE JOHNSON,

    Plaintiff,                             No. CIV S-10-1375 MCE KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

_____/

JOSEPH M. FREEMAN,

    Plaintiff,                             No. CIV S-10-1376 MCE KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

_____/

1  VICTOR COOPER,

2         Plaintiff,                                       No. CIV S-10-1377 MCE KJM P

3     vs.

4  ARNOLD SCHWARZENEGGER, et al.,

5         Defendants.

6  _____/

7  JASON FRANKS,

8         Plaintiff,                                         No. CIV S-10-1378 MCE KJM P

9     vs.

10  ARNOLD SCHWARZENEGGER, et al.,

11         Defendants.

12  _____/

13         On June 16, 2010, plaintiffs filed a request for reconsideration of the magistrate

14  judge's order filed June 4, 2010, severing plaintiffs' claims.[1]  Pursuant to E.D. Local Rule 303(f),

15  a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon

16  review of the entire file, the court finds that it does not appear that the magistrate judge's ruling

17  was clearly erroneous or contrary to law.

18         Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

19  magistrate judge filed June 4, 2010, is affirmed.

20  Dated: June 25, 2010

21

22                                     MORRISON C. ENGLAND, JR.

23                                     UNITED STATES DISTRICT JUDGE

24

25

26    [1] The motion was filed in case CIV S-10-0123 MCE KJM P by plaintiff Watson on behalf of the other plaintiffs.